# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| FOX, JAMES C | U.S. DISTRICT COURT, NC | 05/15/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE - SENIOR | ☐ Nomination, Date <br> ☐ Initial  ☑ Annual  ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2007 to 12/31/2007 |

**7. Chambers or Office Address**

UNITED STATES DISTRICT COURT
P.O. BOX 2143
WILMINGTON, NC 28402

**8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.**

Reviewing Officer_____ Date_____

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | TRUST # 1 |
| 2. TRUSTEE | TRUST # 2 |
| 3. TRUSTEE | FOUNDATION # 1 |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2008 MAY 19 A 10: 36
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C | 05/15/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C | 05/15/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #2 | A | Dividend | K | T | | | | | |
| 2. -AMERICAN INTERNATIONAL GROUP INC COMM | | | | | | | | | |
| 3. -AUTOMATIC DATA PROCESSING INC COMM | | | | | | | | | |
| 4. - BROADBRIDGE FINANCIAL SOLUTIONS INC. (SPINOFF AUTO. DATA) | | | | | SPINOFF | 4/2 | J | | |
| 5. | | | | | SELL | 12/3 | J | A | |
| 6. -MEDTRONIC COMM | | | | | | | | | |
| 7. -MICROSOFT CORP COMM | | | | | | | | | |
| 8. -PFIZER COMM | | | | | | | | | |
| 9. -WACHOVIA CORP COMM | | | | | | | | | |
| 10. -RESERVE PRIMARY FUND M/M | | | | | | | | | |
| 11. IRA #1 | D | Dividend | N | T | | | | | |
| 12. -ABBOTT LABORATORIES COMM | | | | | | | | | |
| 13. -MEDTRONIC COMM | | | | | | | | | |
| 14. -AMERICAN EXPRESS COMPANY COMM | | | | | | | | | |
| 15. -BB&T CORP COMM | | | | | | | | | |
| 16. -BANK OF AMERICA (FLEETBOSTON FINANCIAL CORP) | | | | | | | | | |
| 17. - CREE, INC | | | | | BUY | 1/23 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | SELL | 3/13 | J | A | |
| 19. - DUKE ENERGY CORP NEW | | | | | BUY | 1/10 | J | | |
| 20. -GENERAL ELECTRIC CO COMM | | | | | | | | | |
| 21. -LILLY, ELI & CO COMM | | | | | | | | | |
| 22. -MERRILL LYNCH & CO INC COMM | | | | | SELL | 11/2 | K | C | |
| 23. -MICROSOFT CORP COMM | | | | | | | | | |
| 24. -PROCTER & GAMBLE CO COMM (GILLETTE CO. COMM) | | | | | | | | | |
| 25. - SUNRISE SENIOR LIVING INC | | | | | BUY | 7/10 | J | | |
| 26. -ROYAL DUTCH PETROLEUM CO COMM | | | | | | | | | |
| 27. -TEXAS INSTRUMENTS INC COMM | | | | | | | | | |
| 28. -THE CHUBB CORP COMM | | | | | | | | | |
| 29. - WILLIS LEASE FINANCE CORP | | | | | BUY | 5/17 | J | | |
| 30. -WYETH COMM | | | | | PARTIAL SALE | 1/23 | J | | |
| 31. -RESERVE PRIMARY FUND M/M | | | | | | | | | |
| 32. -PEPSICO INC. COMM | | | | | | | | | |
| 33. -ABN AMRO BANK BOND | | | | | REDEMPTION | 10/1 | K | | |
| 34. -GENL ELECTRIC CAP CORP NOTE | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -CITIGROUP GLBL MKTS NOTE | | | | | | | | | |
| 36. -IBM CORP NOTE | | | | | | | | | |
| 37. -SCHERING PLOUGH CORP NOTE | | | | | | | | | |
| 38. BROKERAGE #1 | | | | | | | | | |
| 39. -RESERVE PRIMARY FUND M/M | B | Dividend | L | T | | | | | |
| 40. BROKERAGE #2 | | | | | | | | | |
| 41. -RESERVE PRIMARY FUND M/M | B | Dividend | L | T | | | | | |
| 42. EATON VANCE FUND #1 (CAPITAL EXCHANGE FUND #1) | E | Dividend | P1 | T | | | | | |
| 43. CHESTNUT ST. EXCHANGE FUND #1 | D | Dividend | O | T | | | | | |
| 44. FEDERATED CAPITAL APPRECIATION EXCHANGE FUND #1 | F | Dividend | M | T | | | | | |
| 45. VK AMERICAN EXCHANGE FUND #1 | B | Dividend | L | T | | | | | |
| 46. EATON VANCE FUND #2 (CAPITAL EXCHANGE FUND #2) | E | Dividend | P1 | T | | | | | |
| 47. CHESTNUT ST EXCHANGE FUND #2 | D | Dividend | O | T | | | | | |
| 48. FEDERATED CAPITAL APPRECIATION EXCHANGE FUND #2 | F | Dividend | M | T | | | | | |
| 49. VK AMERICAN EXCHANGE FUND #2 | D | Dividend | N | T | | | | | |
| 50. GALLAHER GROUP PLC #2 COMM | A | Dividend | K | T | SELL | 8/6 | K | E | |
| 51. TRUST #1 | E | Dividend | O | T | | | | | NOTE A |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -GENERAL ELECTRIC CO COMM | | | | | Partial Sale | 6/19 | K | E | |
| 53. -3M CO COMM | | | | | | | | | |
| 54. -DIAGEO PLC COMM | | | | | Partial Sale | 4/12 | J | A | |
| 55. -CVS CORP COMM | | | | | SELL | 4/30 | K | D | |
| 56. -PROCTER & GAMBLE CO COMM | | | | | | | | | |
| 57. -LOWES CO COMM | | | | | | | | | |
| 58. -PHARMACEUTICAL PROD DEV COMM | | | | | Partial Sale | 6/19 | K | E | |
| 59. -HEWLETT PACKARD CO COMM | | | | | | | | | |
| 60. -MICROSOFT CORP COMM | | | | | | | | | |
| 61. -WYETH COMM | | | | | | | | | |
| 62. -US BANCORP DEL COMM NEW | | | | | SELL | 4/12 | J | B | |
| 63. -ZIMMER HOLDINGS INC COMM | | | | | SELL | 2/15 | J | D | |
| 64. -EXXON MOBIL CORP COMM | | | | | Partial Sale | 6/19 | J | D | |
| 65. -AT&T INC COMM (SBC COMMUNICATIONS INC COMM) | | | | | | | | | |
| 66. -BANK AMERICA COMM | | | | | | | | | |
| 67. -HARTFORD FINL SVCS GRP COMM | | | | | | | | | |
| 68. -JP MORGAN CHASE & CO COMM | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. -PRAXAIR INC COMM | | | | | | | | | |
| 70. -VERIZON COMMUNICATIONS COMM | | | | | Partial Sale | 4/12 | J | B | |
| 71. -IDEARC INC COMM (SPINOFF VERIZON COMMUNICATIONS) | | | | | SELL | 4/12 | J | A | |
| 72. ELL INTERNATIONAL PROPERTY | | | | | BUY | 6/25 | J | | |
| 73. GOLDEN SMALL CORE VALUE FUND | | | | | BUY | 6/25 | J | | |
| 74. TOUCHSTONE MID CAP FUNDS | | | | | BUY | 6/25 | J | | |
| 75. DODGE & COX INTERNATIONAL | | | | | BUY | 6/25 | K | | |
| 76. SSGA FUNDS EMERGING MKTS | | | | | BUY | 6/25 | J | | |
| 77. -BARCLAYS BANK PLC FUND | | | | | | | | | |
| 78. -COHEN & STEER INSTL RLTY FUND | | | | | Partial Sale | 6/22 | J | | |
| 79. -EVERGREEN NC MUNICIPAL BOND | | | | | Buy Addl Shr | 6/25 | J | | |
| 80. -NUVEEN FUNDS HIGH YIELD MUNI BD | | | | | | | | | |
| 81. -PIMCO EMERGING MARKETS BOND | | | | | | | | | |
| 82. -WACHOVIA (FIRST UNION) SHORT-TERM INVESTMENT FUND | | | | | | | | | |
| 83. TRUST #2 | E | Dividend | O | T | | | | | NOTE B |
| 84. -GENERAL ELECTRIC COMM | | | | | SELL | 6/19 | J | B | |
| 85. -UNITED TECHNOLOGIES CORP COMM | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   -CARNIVAL CORP COMM | | | | | | | | | |
| 87.   -LOWES COMM | | | | | | | | | |
| 88.   -CISCO SYS COMM | | | | | SELL | 6/19 | K | D | |
| 89.   -HEWLETT PACKARD COMM | | | | | | | | | |
| 90.   -INTEL CORP COMM | | | | | SELL | 6/19 | K | D | |
| 91.   -IBM CORP COMM | | | | | | | | | |
| 92.   -PROCTER & GAMBLE COMM | | | | | | | | | |
| 93.   -3M CO COMM | | | | | | | | | |
| 94.   -MICROSOFT CORP COMM | | | | | | | | | |
| 95.   -ABBOTT LABS COMM | | | | | SELL | 6/19 | K | D | |
| 96.   -JOHNSON & JOHNSON COMM | | | | | | | | | |
| 97.   -PFIZER INC COMM | | | | | SELL | 6/19 | J | C | |
| 98.   -WYETH COMM | | | | | | | | | |
| 99.   -EXXON MOBIL CORP COMM | | | | | Partial Sale | 6/15 | J | B | |
| 100.  -AT&T COMM (SBC COMMUNICATIONS COMM) | | | | | | | | | |
| 101.  -BANK AMERICA CORP COMM | | | | | Partial Sale | 6/19 | J | D | |
| 102.  -JP MORGAN CHASE & CO COMM | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -WACHOVIA CORP COMM | | | | | | | | | |
| 104. -PRAXAIR INC COMM | | | | | | | | | |
| 105. -DODGE & COX INTERNATIONAL STK FD | | | | | BUY | 6/25 | K | | |
| 106. -ELL INTERNATIONAL PROPERTY | | | | | BUY | 6/25 | J | | |
| 107. -GOLDEN SMALL CORE VALUE FD | | | | | BUY | 6/25 | J | | |
| 108. -SSGA FDS EMERGING MKTS FD | | | | | BUY | 6/25 | J | | |
| 109. -TOUCHSTONE MID CAP FUND | | | | | BUY | 6/25 | J | | |
| 110. -COHEN & STEER INSTL RLTY FUND | | | | | Buy Addl Shr | 6/25 | J | | |
| 111. -BARCLAYS BANK PLC FUND | | | | | | | | | |
| 112. -EVERGREEN NC MUNI BOND | | | | | Buy Addl Shr | 6/25 | J | | |
| 113. -NUVEEN FUNDS HIGH YIELD MUNI BD | | | | | | | | | |
| 114. -PIMCO EMERGING MARKETS BOND | | | | | | | | | |
| 115. -WACHOVIA (FIRST UNION) SHORT-TERM INVESTMENT FUND | | | | | | | | | |
| 116. FOUNDATION #1 | E | Dividend | O | T | | | | | NOTE C |
| 117. -WYETH COMM | | | | | | | | | |
| 118. -BB&T CORP COMM | | | | | | | | | |
| 119. -BP AMOCO COMM | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -DUKE ENERGY CORP NEW COMM (MERGER  FR DUKE ENERGY CORP) | | | | | | | | | |
| 121.   -LILLY, ELI & CO COMM | | | | | | | | | |
| 122.   -NUVEEN PREF & CONV INCOME MF | | | | | | | | | |
| 123.   -PIEDMONT NATUARAL GAS COMM | | | | | | | | | |
| 124.   -VERIZON COMMUNICATIONS COMM | | | | | | | | | |
| 125.   -IDEARC INC COMM (SPINOFF FR VERIZON COMMUN.) | | | | | | | | | |
| 126.   -WACHOVIA CORP COMM | | | | | | | | | |
| 127.   -SPECTRA ENERGY CORP (SPINOFF FR DUKE ENERGY) | | | | | SPINOFF | 1/3 | J | | |
| 128.   -WILLIS LEASE FINANCE CORP | | | | | BUY | 5/17 | K | | |
| 129.   -BLOCK FINANCIAL CORP BOND 04/15/07 | | | | | REDEMPTION | 4/16 | J | | |
| 130.   -UNION TANK CORP BOND 06/01/09 | | | | | | | | | |
| 131.   -CONSOLIDATED EDISON BOND 05/01/10 | | | | | | | | | |
| 132.   -FORD MOTOR CREDIT CORP NOTE 10/28/09 | | | | | | | | | |
| 133.   -VERIZON MARYLAND BOND | | | | | | | | | |
| 134.   -RESERVE PRIMARY FUND M/M | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

NOTE A - Under the distributive provisions of the Trust # 1, the income of said trust, within the sole and absolute discretion of the corporate trustee thereof, may be distributed in whole or part to members. The corporate trustee, in its sole discretion, may distribute all or any portion of the corpus of said trust to any one or more such beneficiaries if necessary to meet the reasonable needs of such beneficiary. James C. Fox was a co-trustee until his resignation and appointment of a successor trustee on August 16, 2006. James C. Fox has a testamentary limited power of appointment with regard to the corpus of the trust.

NOTE B - Under the distributive provisions of theTrust # 2, the income of said trust, within the sole and absolute discretion of the corporate trustee thereof, may be distributed in whole or part to members. The class of potential distributees may be increased by the birth of additional members and by future marriage of members. The corporate trustee, in its sole discretion, may distribute all or any portion of the corpus of said trust to any one or more of such beneficiaries if necessary to meet the reasonable needs of such beneficiary. James C. Fox was a co-trustee until his resignatioon and appointment of a successor trustee on August 16, 2006. James C. Fox has a testamentary limited power of appointment in regard to the corpus of the trust.

NOTE C - James C. Fox is a co-trustee of the Foundation # 1, a trust created and operated exclusively for charitable, religious, scientific and educational purposes. The assets of the trust approximated $616,184 at December 31, 2007.

NOTE D - Abbreviations used in the description of assets, Part VII include the following: "COMM" designates common stock; "PREF" designates preferred stock; "M/M" designates a cash equivalent money market account; "BOND" designates a corporate bond; "MUNI" designates a tax exempt bond; and "MF" designates a mutual fund.

| Name of Person Reporting | Date of Report |
|---|---|
| FOX, JAMES C | 05/15/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544